# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146031

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KAREEN DESHAN HALL,
      Defendant-Appellant.

SC: 146031
COA: 305353
Wayne CC: 10-013458-FC

_____/

      On order of the Court, the application for leave to appeal the October 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013 _____

_____
Clerk

h0122